UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CA, INC., COMPUTER ASSOCIATES
THINK, INC., PLATINUM TECHNOLOGY         :
INTERNATIONAL, INC., and PLATINUM
TECHNOLOGY IP, INC.,                     :

                                                 NOTICE OF MOTION

                  Plaintiffs,         :

                                               Civ. Action No. 07-CV-1476 (ADS) (MLO)

       v.                    :

ROCKET SOFTWARE, INC.,                   :

                  Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFFS' NOTICE OF MOTION *IN LIMINE*
TO PRECLUDE DEFENDANT'S EXPERT WITNESS FROM RELYING ON
<u>OR TESTIFYING ABOUT CERTAIN DOCUMENTS AT TRIAL</u>**

**PLEASE TAKE NOTICE** that on February 5, 2009, or as soon thereafter as counsel may be heard, Plaintiffs CA, Inc., Computer Associates Think, Inc., Platinum Technology International, Inc. and Platinum Technology IP, Inc. (collectively, "CA"), by and through their undersigned counsel, will move *in limine* in the United States District Court for the Eastern District of New York, before the Honorable Arthur D. Spatt, Long Island Courthouse, 100 Federal Plaza, Central Islip, 11722, for an order precluding Rocket Software, Inc.'s expert witness from relying on or testifying about the documents listed in Exhibit 1 to the Declaration of Scott G. Lindvall, dated January 30, 2009.

       **PLEASE TAKE FURTHER NOTICE** that in support hereof, CA shall rely on the accompanying Memorandum of Law, and the Declaration of Scott G. Lindvall and Exhibits 1-12 thereto.

- 2 -

WHEREFORE, CA respectfully requests that this Court grant its Motion *in Limine*, and issue the proposed order submitted herewith.

Dated: January 30, 2009  
       New York, New York

Respectfully submitted,

/s/ Scott G. Lindvall  
Scott G. Lindvall  
KAYE SCHOLER LLP  
425 Park Avenue  
New York, New York 10022-3598  
Tel: (212) 836-8000  
Fax: (212) 836-8689

/s/ David B. Tulchin  
David B. Tulchin  
Jordan T. Razza  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York 10004-2498  
Tel: (212) 558-4000  
Fax: (212) 558-3588

Counsel for Plaintiffs CA, Inc.,  
Computer Associates Think, Inc.,  
Platinum Technology International,  
Inc., and Platinum Technology IP, Inc.

To: P. Anthony Sammi  
     Skadden, Arps, Slate, Meagher & Flom LLP  
     Four Times Square  
     New York, NY 10036

     Christopher A. Lisy  
     Skadden, Arps, Slate, Meagher & Flom LLP  
     One Beacon Street  
     Boston, MA 02108

     Counsel for Defendant Rocket Software, Inc.