# KAYE SCHOLER LLP

Paul I. Margulies
212 836-7704
Fax 212 836-6586
pmargulies@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

January 30, 2009

FILED
U.S. ... N.Y.
FEB 02 2009 ★
ISLAND OFFICE

**VIA FEDERAL EXPRESS**

Clerk of the Court
U.S. District Court for the Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:  *CA, Inc., Computer Associates Think, Inc., Platinum Technology International, Inc., and Platinum Technology IP, Inc. v. Rocket Software, Inc.*,
Civ. Action No. 07-CV-1476 (ADS)(MLO)

To whom it may concern:

We represent plaintiffs CA, Inc., Computer Associates Think, Inc., Platinum Technology International, Inc., and Platinum Technology IP, Inc. (collectively, "CA") in the above-captioned action.

Please file the enclosed exhibits, which are too voluminous for ECF filing, to the Declaration of Scott G. Lindvall filed today via ECF.

Please also file under seal as of January 30, 2009, the enclosed envelope and Application for Leave to File Document Under Seal.

Additionally, I enclose a copy of this letter and the Application for Leave to File Document Under Seal. Kindly file-stamp this additional copy and return it to me with the enclosed pre-paid envelope. Thank you very much.

Respectfully Submitted,

*Paul Margulies /jvn*

Paul I. Margulies

31779600.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

KAYE SCHOLER LLP

2                                                                               January 30, 2009

Enclosure

cc:   P. Anthony Sammi

31779600.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI