UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CA, INC., COMPUTER ASSOCIATES
THINK, INC., PLATINUM TECHNOLOGY :
INTERNATIONAL, INC. and PLATINUM
TECHNOLOGY IP, INC.,             :

                  Plaintiffs,   :   Civil Action No.
                                 07-CV-1476 (ADS)(MLO)
    v.                             :

ROCKET SOFTWARE, INC.,           :

                  Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF P. ANTHONY SAMMI
IN SUPPORT OF ROCKET'S MOTION <u>IN LIMINE</u> FOR AN
ORDER THAT APPORTIONMENT IS THE APPROPRIATE METHOD
<u>TO CALCULATE DAMAGES UNDER THIS COURT'S DECISION IN *CA V. ALTAI*</u>**

      I, P. ANTHONY SAMMI, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

      1.      I am a member of the Bar of the State of New York and a member of the Bar of this Court. I am counsel at Skadden, Arps, Slate, Meagher & Flom LLP and counsel of record for defendant Rocket Software, Inc. in this action. I submit this declaration in support of *Rocket's Motion <u>In Limine</u> For An Order That Apportionment Is The Appropriate Method To Calculate Damages Under This Court's Decision In CA v. Altai* and for the purpose of transmitting to the Court true and correct copies of the documents submitted herewith.

      2.      Attached hereto as Exhibit A is a true and correct copy of the Expert Report of John C. Jarosz submitted on July 30, 2008 (filed under seal).

1

3.        Attached hereto as Exhibit B is a true and correct copy of the Rebuttal Expert Report of Kathleen M. Kedrowski submitted October 9, 2008 (filed under seal).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2009.                     /s/ P. Anthony Sammi
                                                  P. Anthony Sammi
                                                  SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP
                                                  4 Times Square
                                                  New York, New York 10036
                                                  (212) 735-3000
                                                  psammi@skadden.com

## **CERTIFICATE OF SERVICE**

      I, P. Anthony Sammi, hereby certify that on February 2, 2009, I caused a true and correct copy of the foregoing document to be served upon the following counsel for plaintiffs by the means of service so indicated:

| | |
|---|---|
| Scott G. Lindvall | By ECF and Hand Delivery |
| Robert Laurenzi | By ECF |
| Paul Margulies | By ECF |
| KAYE SCHOLER LLP | |
| 425 Park Avenue | |
| New York, New York 10022 | |
| | |
| David B. Tulchin | By ECF and Hand Delivery |
| Jordan T. Razza | By ECF |
| Matthew J. Porpora | By ECF |
| SULLIVAN & CROMWELL LLP | |
| 125 Broad Street | |
| New York, New York 10004 | |
| | |
| Gary R. Brown | By ECF |
| CA, INC. | |
| One CA Plaza | |
| Islandia, New York 11749 | |

Dated: February 2, 2009                          /s/ P. Anthony Sammi
                                                                    P. Anthony Sammi