UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CA, INC., COMPUTER ASSOCIATES
THINK, INC., PLATINUM TECHNOLOGY   :
INTERNATIONAL, INC. and PLATINUM
TECHNOLOGY IP, INC.,               :

                Plaintiffs,   :   Civil Action No.
                                     07-CV-1476 (ADS)(MLO)
    v.   :

ROCKET SOFTWARE, INC.,             :   **<u>FILED UNDER SEAL</u>**

               Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Opposition To Motion For An Order**
**Excluding Portions Of Kathleen Kedrowski's Testimony**
**Because**
**Kedrowski's Opinions On Damages, Apportionment, Reasonable Royalty,**
**<u>And The Head-Start Doctrine Are Reliable And Supported By Existing Law</u>**

Dated: February 4, 2009          Respectfully submitted,
       New York, New York

/s/ P. Anthony Sammi
Thomas J. Dougherty
P. Anthony Sammi
Christopher A. Lisy
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
psammi@skadden.com

- and-

One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Rocket Software, Inc.

## <u>CERTIFICATE OF SERVICE</u>

        I, P. Anthony Sammi, hereby certify that on February 4, 2009, I caused a true and correct copy of the foregoing document to be served upon the following counsel for plaintiffs by the means of service so indicated:

| | |
|---|---|
| Scott G. Lindvall | By ECF and Hand Delivery |
| Robert Laurenzi | By ECF |
| Paul Margulies | By ECF |
| KAYE SCHOLER LLP | |
| 425 Park Avenue | |
| New York, New York 10022 | |
| | |
| David B. Tulchin | By ECF and Hand Delivery |
| Jordan T. Razza | By ECF |
| Matthew J. Porpora | By ECF |
| SULLIVAN & CROMWELL LLP | |
| 125 Broad Street | |
| New York, New York 10004 | |
| | |
| Gary R. Brown | By ECF |
| CA, INC. | |
| One CA Plaza | |
| Islandia, New York 11749 | |

Dated: February 4, 2009                         /s/ P. Anthony Sammi

                                                  P. Anthony Sammi