UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CA, INC., COMPUTER ASSOCIATES THINK, INC., PLATINUM TECHNOLOGY INTERNATIONAL, INC., and PLATINUM TECHNOLOGY IP, INC.,

                    Plaintiffs,

                  v.

ROCKET SOFTWARE, INC.,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 07-CV-1476 (ADS) (MLO)

## **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Plaintiffs CA, Inc., Computer Associates Think, Inc., Platinum Technology International, Inc. and Platinum Technology IP, Inc. and defendant Rocket Software, Inc., through their undersigned counsel, hereby stipulate that, in accordance with the terms of a Settlement Agreement among them,

       1.     This action is dismissed with prejudice and without costs or an award of attorneys' fees to any party, and with each party waiving all rights of appeals;

- 2 -

2.  This Court retains jurisdiction over this matter for the purposes of enforcing the Settlement Agreement or any of its terms.

Dated: February 9, 2009

| | |
|---|---|
| /s/ David B. Tulchin | /s/ P. Anthony Sammi |
| David B. Tulchin | P. Anthony Sammi, Esq. |
| SULLIVAN & CROMWELL LLP | SKADDEN ARPS MEAGHER & FLOM LLP |
| 125 Broad Street | Four Times Square |
| New York, New York 10004-2498 | New York, NY  10036 |
| | |
| Scott G. Lindvall, Esq. | Thomas J. Dougherty, Esq. |
| KAYE SCHOLER LLP | Christopher A. Lisy, Esq. |
| 425 Park Avenue | SKADDEN ARPS MEAGHER & FLOM LLP |
| New York, NY 10022 | One Beacon Street, 31st Floor |
| | Boston, MA 02108 |
| *Attorneys for Plaintiffs CA, Inc., Computer Associates Think, Inc., Platinum Technology International, Inc., and Platinum Technology IP, Inc.* | *Attorneys for Defendant Rocket Software, Inc* |

IT IS SO ORDERED:

_____
Hon. Arthur D. Spatt
United States District Judge

Dated:  February ___, 2009